**Electronically Filed
Supreme Court
SCWC-11-0000781
12-MAR-2012
10:35 AM**

NO. SCWC-11-0000781

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CIVIL NO. 05-1-0232(2)

BG INCORPORATED, a Hawai'i corporation, Plaintiff,

vs.

P.F. THREE PARTNERS, Defendant.

------------------------------------------------------------------

CIVIL NO. 04-1-0500(1)

BRYAN FUNAI and CYNTHIA FUNAI, Respondents/Plaintiffs-
Counterclaim Defendants-Appellees,

vs.

P.F. THREE PARTNERS, Respondent/Defendant-Appellant,

and

WILLIAM S. ELLIS JR., Petitioner/Defendant-Counterclaim
Plaintiff-Cross Claim Plaintiff-Appellant,

and

UPLAND INVESTMENTS, LTD. and OLINDA LAND CORPORATION,
Respondents/Defendants-Cross Claim Defendants-Appellants,

and

BARBARA A. SUMIDA, STANLEY UNTEN, TAMAE M. SHIRAISHI and
DEBRA J. SHIRAISHI, Respondents/Defendants-Cross Claim
Plaintiffs-Appellees,

and

MICHAEL A. ROCCO and LINDROC, LTD., Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000781; CIVIL NO. 05-1-0232(2)
and CIVIL NO. 04-1-0500(1))

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Counterclaim Plaintiff-Cross Claim
Plaintiff-Appellant William S. Ellis, Jr.'s application for writ
of certiorari, filed on February 1, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, March 12, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

